# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | MDL NO.: 2:18-mn-2873-RMG  **THIS DOCUMENT RELATES TO:**  2:23-cv-04851-RMG  2:23-cv-04237-RMG  2:23-cv-04918-RMG |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that George H. Buermann, Esq. of GOLDBERG SEGALLA LLP, hereby enters an appearance as counsel for Defendant, Innotex Corp., in the above-captioned matter(s). This Notice of Appearance is filed without waiving, on behalf of Innotex Corp., any defenses, objections, exceptions or obligations that may exist in its favor, including without limitation, challenges to service and personal jurisdiction.

**GOLDBERG SEGALLA LLP**

By: */s/ George H. Buermann*
George H. Buermann, Esquire
NJ Bar ID No.: 024832002
*Attorneys for Defendant*
**INNOTEX CORP.**
1037 Raymond Boulevard
Suite 1010
Newark, New Jersey 07102
(973) 681-7002
gbuermann@goldbergsegalla.com

iManage\8074\0001\38334872.v1-12/11/23

## CERTIFICATION OF SERVICE

A true and correct copy of the foregoing was electronically filed with this Court's CM-ECF system on November 13, 2023, and accordingly served automatically upon all counsel of record for this matter.

By: */s/ George H. Buermann*  
George H. Buermann, Esquire